## KISLER v. TINDER.

APPEAL from the *Hendricks* Common Pleas.

FRAZER, J.—Suit for work and labor. The third paragraph of the answer averred that the work and labor was done in part performance of a certain special contract con-

tained in a lease, which was, however, broken by the plain-
tiff in several specified particulars, to the defendant's dam-
age, and he claimed to recover such damages as a counter-
claim.   The error complained of is that the court below
overruled a demurrer to this paragraph of the answer.
The appellant's counsel suggests no satisfactory reason for
holding the paragraph bad, and none occurs to us.   We
think it was a good counter-claim.

The judgment is affirmed, with ten per cent. damages,
and costs.

*J. S. Miller* and *C. C. Nave,* for appellant.

*L. M. Campbell,* for appellee.